FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 22 2023

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

LF 028
(Rev. 10//03/2022)

# PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Nathan Cochran 1132849
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

1:23-CV-3773

-vs-

Sheriff Patrick Labat
Officer Reid-Thornton A Shift
Officer K Soloman D Shift
(Enter above the full name of the defendant(s).)

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**I. Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ) No (√)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline. Even if you do not know all of the information regarding a particular lawsuit, please include the information you do know to assist the Court in identifying your prior lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff(s): N/A

Defendants Continued for Page 1

Officer L cochran - C shift
Officer Scheffield C - shift
Officer D Hobbs - A shift
Officer J Scott - A shift
Sgt Heath B Shift
Sgt Vibert D Shift
Officer Smith B - Shift
Officer Johnson B Shift
Officer Wilson D Shift
Cheif Jailor Clark
NaphCare
Nurse Mc Clure
Nurse Jones
Grievance officer C Gay
Grievance Officer Powell

Defendants - continued from Page 3 and their positio
Officer Reid - Thornton, correctional Officer, at Fulton County Jail
Officer K Soloman, correctional officer, at Fulton County Jail
Officer L cochran, Deputy Sheriff, Fulton County Sheriff
Officer Scheffield, Correctional Officer at Fulton County Jail
Officer Johnson, Correctional Officer at Fulton County Jail
Officer D Hobbs, Correctional Officer at Fulton County Jail
Officer J Scott, Correctional Officer at Fulton County Jail
Sgt Heath, Correctional Officer, at Fulton County Jail
Sgt Vibert, correctional officer, at Fulton County Jail

LF 028
(Rev. 10/03/2022)

Defendant(s): N/A

2. Court (name the district): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Did the previous case involve the same facts?

Yes ( ) No ( ) N/A

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): N/A

7. Approximate date of filing lawsuit: N/A

8. Approximate date of disposition: N/A

**II. Exhaustion of Available Administrative Remedies**

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A. Place of Present Confinement: Fulton County Jail

B. Is there a prisoner grievance procedure in this institution?

Yes (✓) No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes (✓) No ( )

D. If your answer is YES:

1. What steps did you take and what were the results?

Wrote Grievance on inmate Kiosk. Recieved Response but no follow up or resolution.

LF 028
(Rev. 10/03/2022)

Grievance officer communicated issues to floor officers, further worsening situations by retaliation by staff and inmates

2. If your answer is NO, explain why not: N/A

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Nathan Thomas Cochran

Address(es): 901 Rice Street c/o Fulton County Jail Atlanta, Georgia, 30318

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Mr. Sheriff Patrick Labat

Employed as Sheriff Fulton County, by the Fulton County Board of Commissioners

at Fulton County

Please See Attached For Remaining

## IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

Defendants continued for Page 3
officer Smith, correctional officer, at Fulton County Jail
officer Johnson, Correctional officer, at Fulton County Jail
officer Wilson, correctional Officer at Fulton County Jail
Greivance Officer Powell, Greivance Officer at Fulton County Jail
Greivance officer C Gay Greivance officer at Fulton County Jail
Naph Care, Medical Provider at Fulton County Jail
Nurse McClure, LPN at Naphcare
Nurse Jones, LPN, at NaphCare
Chief Jailer Clark, Jailer at Fulton County Jail

Statement of claims - Continued from page 4
After bringing up my being of sexually assaulted I was extorted by several inmates, extorted for commisary. and safety of being a homosexual I wrote a grievance of the threats I recieved after the inability to pay the demanded extortion demands and after notifying officers L Cochran-C shift, Scheffeild C-shift, K Soloman D shift, Officers Thornton-Reid A-Shift Officers Smith and Johnson from B-Shift, officer Wilson D Shift and Recieved a reply from Grievance Officer C Gay on 7-14-2023 that it would be investigated but nothing was done and I remained in the same dorm.
I literally had to remove myself and placed my belongings "On the door". I was then moved to 2 North 400 which was also overcrowded, forced to sleep on the floor within the dayroom, where the lights and TV remain on 24/7. Causing Sleep deprivation and mental Health stress and Anxiety

LF 028
(Rev. 10/03/2022)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Prea, 8th Amendment, 14 Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## V. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

(✓) Pretrial detainee
( ) Immigration detainee
( ) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)* ______

## VI. Statement of Claim

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 18, 2023 I arrived here at the Fulton County Jail and was placed in a Holding cell with 30-40 other inmates for 3 days forcing us to sleep on the bare floor with minimum air circulation and no showers. Toilets was covered with urine and feces officers failed to provide toilet paper and failed to interview me so that I could disclose my status as a openly gay homosexual male. After being placed in classification and after disclosing my sexual orientation I was placed in General population on May 26, 2023 and was not Housed in what jail officials would refer to as the Alternative lifestyle dorm violation of my 8th and 14th amendment. On May 30th 2023 I suffered a Head injury from jumping on the top bunk and Hitting my head on the wall at a force to where my forehead was

LF 028
(Rev. 10/03/2022)

visibily and severely lacerated. I notified officer K Soloman and was neglected and refused medical treatment, even while putting other inmates at risk of exposure to HIV because the bleeding was so profuse. a few Hours later during Med pass and after a shift change had occured I notified the nurse (Nurse Jones) and Officer L Cochran they both agreed that I needed to be seen by a medical provider on the Medical floor and to no avail, the neglegiance and deliberate indifference continued with no proper medical treatment. even after I was placed in general population putting me at risk being a HomoSexual and being victim of of Hate crimes violating my 8th and 14 Amendment On June 6, 2023 I was sexualy Assaulted by an inmate named Lamonte Render, where he forced me to perform Oral sex or get "poured out" by being stabbed, this happened even asking Officers Thorton-Reid and of Female officer Johnson to be placed in the "Alternative Lifestyle" dorm. again a grievance was implemented and Officer C Gray responded that it would be investigated by the PREA officer, it should be noted that there was no follow up or investigation and my 8th and 14 Amendment rights continued to be infringed. Please See Attatched

## VII. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Phyical Injury to Head -
Sexual Assault injury - Physical & Emotional stress and turmoil.
NO Treatment whatsoever

## VIII. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

In regaurds to money damages. I request nominal damages of $5,000, Just based on the Merits of the series of events leading to each and every violation of my rights as a pre-trial detainee. I request $25,000 in compensatory damages based on my head injury and my sexual assault and pain and suffering I have endured as a pretrial detainee, I request $4,500,000 in punitive damages based on the neglegeance, deliberate indifferences, pain and suffering, from continued mentel abuse, sleep deprivation, Anxiety, violation of Prea, violation 8th, 14 th Amendment rights and malacious, corrupted and evil intent of jail officials and conditions

Statement of Claims from page 4-2

it should be further noted that the locks and cell doors do not close and lock properly and allow inmates to roam around freely at all times. On 7/15/2023 at Approximately 4:20 AM during the feeding of Breakfast the main extortionist whom was a "orderly" or "Trustee" came to serve breakfast ~~to~~ in assissting officer K Soloman came to my bed in the dayroom on the floor and put his "shank" to my neck and demanded and continued his extortion attempts again a greivance was written on the Kiosk and recieved a response from Greivance officer Sgt Powell that my complaint was being forwarded to the Jail Investigations Unit. Again I notified officers Thornton-Reid and after making demands to her verbally and even saying "I refuse to be on the Head lines for the Evening 6:00 news" "If Im gonna die in Fulton County County it will be at my own hands"." I will Kill my self before anyone else does." After threatened to be tazed a strike team officer, Officer Hollie walked in on the conversation and intervened and had me relocated on another floor in another dorm. I was relocated to 4 South 600 not the alternative lifestyle dorm, the air didnt work, there was poor ventilation, clogged air vents with visible black mold on the vents and surrounding styrofoam drop tiles on the cielings. Communal Toilet leaks, covered in Urine and Feces, Floor is Flooded with Toilet water and urine. Shower has rusted light Fixtures and cracked

Statement of claims from page 4-3

Tiles and more Black Mold and Mildew. continuing to be over crowded and not allowing facilities to operate properly and violating my 8th and 14 Amendment rights. At Any given time there is a minimum of 28 inmates including myself in the dayroom. floor. The jail does not provide cleaning chemicals for proper sanitation on a regular basis. There is also inmates in the dorm who refuse to maintain their own personal Hygiene and have visible skin conditions that can appear to be some sort of infestation like lice, scabies, and even Bed Bugs. The Medical provider Naphcare does not conduct physicals or even test for Covid 19. upon the intake process they only administered a TB test and dont even check confirmations rather the results are negative or positive. It should also be noted that it took 4 weeks to obtain and restart my HIV medication Regimine and even after 3 months I havent recieved all the medications for my mental diagnosis nor have I had a proper follow up with a provider even after providing the proper medical release of information forms. On 07/22/23 at Approximately 11:30 Am There was a serious power outage. Temperatures outside exceeded 95 degrees and there was 52 inmates in my dorm. The power remained completely off until 8:42 pm and even after power was restored the facility was still not operating properly including running Water, no Air, the elevators wasnt working

Statement of Claims continued from page 4-4
no running water for showers and toilets. We did not eat dinner, nor breakfast or lunch, and even dinner for the following day resulting in not being Fed for 36 complete hours because the Kitchen staff relayed one hundred percent on the elavators to roll and deliver the meal trays on carts to each and every floor, finally when a meal was fed only two sandwichs was recieved per inmate during that incident three shift changes occured and this is where I would like to hold Cheif Jailer Clark, Sheriff Pat Labat, the entire nursing staff of Naph care, Officer D Hobbs, Officer J Scott, Sargeant Heath, and sargeant Vibert, responsible during those 36 Hours. Not recieving meals for those 36 Hours violated my 8th and 14 Amendments and as well as my state afforded right of "Sanitation and Health afforded by OCGA 42-4-32, while mentioning that statue it should be noted that in my 92 days at the time of the writing of this said complaint I have yet to see an individual from the Department of Public Health to inspect facilities as ordeded by law. That same statue shall apply to the complaint where I never recieved immediate care and a deliberate indifference occured regarding the injury I sustained

to my head. It needs to be further noted that during those 36 Hours "Med-Call" or medicine distibution and "diabetic" blood glucose checks did not occur and all medical and medication obligations and duties and protocols was one hundred percent absconded and neglectedas the malfunctioning elevator was its excuse as if stairs was not accessible. It needs to be emphasized that during that power outage not only was essential functions was affected but if the is no power then there is no power for survellence cameras, no surveillance footage whats so ever. After the no power fiasco and the after affects there was no immediate resolution regarding the air quality and the temprature in the inmate living Quarters, the jail failed to provide access to clean and cool drinking water regularly throughout the day where every officer mentioned as a defendant should be held responsible in their individual and official capacities for deliberate indifference, and violation of the infringement of my 8th and 14 amendment rights. The Fulton County Jail has a Third Party who performs the maitainance of the jail. even at the minimum of their job duties they do routinely go to every dorm on every floor at check the tempratures in the

4-6

inmate living quarters. Upon personally observing the employees of the third party vendor. I observed them Using infered thermometers and witness inside tempratures exceeding 98 degrees. Conditions with those conditions can affect ~~in~~ anyone on every level & aspect rather it be harmful physically with a Health condition and add all the second Hand smoke ~~off~~ cigarettes, orange peels, "strips", weed and even meth and crack cocaine, those extreme tempratures can affect and irritate anyone especially someone with mental Health conditions.

I would like to say that the second hand smoke is also a result of deliberate indifference violating my ~~6th~~ 8th and 14th Amendment

On July 31st 2023 during Sargeant Heaths Shift accross the Hall in 4 S100 which can be seen visibly in the sally port adjecent to the dorm Im Housed in at approximately 11:20 pm I did personally and witness and observe an inmate by the name of "Man Man" get into an altercation of some sort and another inmate who was clearly delusional or under the influence of a substance that was mind altering, get escorted out of the facilities by first responders one inmate was escorted to the Hospital and the other inmate was escorted to the Morgue by the coroner

during this incident I witnessed officers bring out bloody "shanks" two small milk crates lined with a plastic bag and was filled loaded to both holding capacities of make shift knives and machetes used by inmates from tearing up and defacing the jail. It needs to be duly noted that during this incident there was no officer on the entire floor of 4 South even though Officer J. Scott and D. Hobb stayed over for "over time" there was no obvious "short staff" or reason for these officers or their supervisor Sargeant Heath, who normally works the entire floor, not to be on their assigned "post" to witness, observe, or attempt to prevent the incident in its entirety or at minimum prevent and aid in life saving measure to extend "Man Mans" life. To know there was four staff members including the "tower officer" being forced to witness a death of an inmate seeing the bloody shanks, investigators, GBI, and a corpse being escorted out by the coroner is triggering and traumatizing. having already being diagnosed with Anxiety, PTSD, and Depressi and BiPolar, I definately see an obvious deliberate indifference, having to note, the obvious neglect of Sargeant Heath. Officer J Scott, Officer D Hobbs and an unknown officer in the tower. If regular

searches and shake downs was done in a routine manner, if the locks on the doors functioned properly to enable a inmate to lockdown especielly at 11:20 pm, this incident could have been almost one hundred percent preventable. There fore the courts should be able to see multiple deliberate indifferences in this one incident alone. Since this incident I still sleep in the dayroom. Deprived of sleep, fearing what could happen to me, or the person next me, if inmates can possess drugs, possess weapons, roam about the dayroom, and possibly become a "trustee" how hard can it not be to say that this jail and exactly imply the obvious the Staff is corrupted, and no more innocent than that of a pretrial detainee who has the presumption of innocence until proven guilty. I know this is an official complaint for a possible suit and court proceeding but, I've seen "Locked Up Abroad" and its a shame I feel as if inmates in third world countries, the jail, its inmates and the conditions within the jail is compable to the Ritz-Carlton on the contrary to The conditions of confinement of those in the Fulton County Jail. American Citizens held in Jails in North Koren, and Brittney Griene

4-9

probably had better conditions in a jail under Vladimir Putin in Russia. If I have suffered a deliberate indifference, because of the negleglance of the Officers then it should be considered corrupt. On August 1 2023 Following the Shift Change of deputy L. Cochran and oncoming shift under Sargeant Vibert myself and several other inmates did not recieve dinner meals as a result of over crowding. Vibert simply just had to call down to the Kitchen to get more meals ordered and delivered. She failed to do so as a result of laziness, neglegience and deliberate indifference, It should noted that I have requested multiple times to go to the Law Library I was scheduled a date 6/26/23, 7/28/23 and 9/29/23, those past cou dates I was never seen in the law Library, I have also asked for a counselor whom is supposed to be a Notary Public to notorize some documents like sworn affadavits and Power of Attorneys and I have not had any success, and I would consider that a deliberate indifference in refusing my access to the courts. Therefore violating my constitutional 8th and 14th Amendme

LF 028
(Rev. 10/03/2022)

of the jail and overcrowding.
I also ask the courts to order a Pre-Liminary and Permanent injunction because upon the delivery and service of this lawsuit and the violation of my rights that have occured and that of my sexuality. I may face retaliation and irreparable Harm or even death as a pretrial detainee who has maintained my presumption of innocence, and hereby request a preliminary injunction and Temporary restraining order requesting and demanding the following Please see Attached.

Signed this 17th day of August, 2023.

Signature of Plaintiff

**STATE OF** ~~Fulton~~ Georgia
**COUNTY (CITY) OF** Fulton

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** 8/17/23
(Date)

Signature of Plaintiff

Relief continued from Page 6

1. First and Foremost I request an immediate transfer to another county preferably Coweta County Jail to handle other legal issues and to ensure the safety and security from retaliation of this Suit
2. Conduct Regular searches of inmates and Cells
3. conduct Sanitation inspections of dorms, cells, Showers and toilets
4. Have courts set reasonable bonds to prevent over crowding
5. Stop overcrowding by releasing non-violent offender those with Misdemeanors, traffic citations and non violent felonies
6. Stop Intake or "Booking" from forcing overcrowded holding cells forcing pretrial detainees from sleeping on the floor
7. Fix locks an all doors and implement lock down times for all inmates
8. Hire and train a more diverse staff
9. Enforce policies for every officer to stay on assigned post.
10. Create, implement, and enforce a better and efficient inmate classification system
11 Designate and improve and classify dorms to represent such said classification system
12. Improve medical access procedures and policies
13. Remodel showers and toilet Areas to prevent flooding and prevention of spread of diseases

Relief continued page 2

14. Clean Air Vents and ceilings from Mold & Mildew and Black Mold

15. Rotate the staff and assigned "Post" to prevent interpersonal relationships to prevent corruption and prevention of contraband being smuggled

16. Require 4-6 officers to be assigned to each floor and Welfare checks every 2-Hours

17. Create a new master dietary Menu to accomadate all inmates with adequate nutrition

18. Make sure all emergency buttons in cells Flood lights and light switches function properly at all times and in emergency.

19. Require all inmates to be Housed in cells with a secure locking system to provide a safe environment preventing violence, sexual abuse and sleep deprivation do not allow inmates to sleep on the floor in the dayroom unless its an open "barrack styled" dorm

20. Rotate "Trustee" working assignments and consolidate them to their own living quarters to prevent officer-inmate rapport and the distributio of smuggled contraband for profit

21. Conduct regular hygiene checks of inmates to prevent infestations of lice, bed bugs, and scabies, and have those who refuse to be evaluated by Mental Health Professionals

22. Allow adequate ascess to the courts including law Library and Full time Notary Public Staff

Relief coninued page 3

23 Fix and Maintain all light fixtures

24. Remove all lead based paints that are peeling and repaint with Lead and Asbestos Free paints

24 Create and designate specialized dorm housing for Mental Health, Alternate Lifestyle, Medical, Violent Offenders, non violent, Sex Offender, Misdemeanor, Gang Related, Sentenced State Inmates, and Protective Custody.

25. Have Board of Commisioners to design implement and execute those plans to build and construct a new pre trial detaining facility that can fulfill the future of the growing Fulton County Population for a minimum of 5,500 inmate capacity.

26. Force courts to organize and orchestrates a better, faster, and efficient scheduling System to also prevent overcrowding

27. Instruct the Department of Justice to conduct a thorough and extensive investigation of staff for corruption, jail conditions and living quarters, intake areas and the jail in its entirety

28. Direct the Board of commisioners to complete an investigation of every said complaint and claim of this suit and reprimend the staff they seem fit including termination and prosecution