## PRISONER CIVIL RIGHTS COMPLAINT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**SEP 25 2023**

KEVIN P. WEIMER, Clerk
By:  Deputy Clerk

Nathan Thomas Cochran

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

**1:23-cv-03773-SDG-JKL**

Sheriff Patrick Labat

Please See Attached

(Enter above the full name of the defendant(s).)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

**I. Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )    No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline. Even if you do not know all of the information regarding a particular lawsuit, please include the information you do know to assist the Court in identifying your prior lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N /A

2.  Court (name the district):
    N /A

3.  Docket Number: N/A

4.  Name of judge to whom case was assigned: N /A

5.  Did the previous case involve the same facts?

    Yes ( )    No (✓)

6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

7.  Approximate date of filing lawsuit: N /A

8.  Approximate date of disposition: N /A

## II. Exhaustion of Available Administrative Remedies

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A.  Place of Present Confinement: Fulton County Jail

B.  Is there a prisoner grievance procedure in this institution?

    Yes (✓)    No ( )

C.  Did you present the facts relating to your complaint under the institution's grievance procedure?

    Yes (✓)    No ( )

D.  If your answer is YES:
    1.  What steps did you take and what were the results?
        Filed Multiple grievances, to not avail.
        Process is a complete sham, waste of time

2

a waste of time and a complete nuisance.

2. If your answer is NO, explain why not:

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Nathan Thomas Cochran

Address(es): 901 Rice Street Atlanta Ga 30318
C/O Fulton County Jail.

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Sheriff Patrick Labat

Employed as The Sheriff of Fulton County

at Fulton County Board of Commisiuners

## IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
( ✓ ) State or local officials (a § 1983 claim)

3

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment , 14 Amendment,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## V. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

(✓) Pretrial detainee
( ) Immigration detainee
( ) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)* _____

## VI. Statement of Claim

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① 5-18-23 Spent 3 days in Booking in a holding cell on the floor. With Approximately 30 people, covered in Urine, and Feces. with unclassified inmates exposing me to violent offenders, Patrick Labat remained responsible
② 5-20-23 Placed in classification istead of "Alternative life Style" putting me at risk to be harmed by violent " Humophobic" offenders, Officer Smith Responsible.
③ 5-24-23 Placed in General Population — Grievance Process Initiated for " Fear and Safety" due to sexuality notified thornton and Ms Johnson nothing happened
④ 5-30-23 I hit my head on the top bunk and caused a laceration that needed staples, was brough To the attention of K. Soloman at 2:43 am and officer L Brown Cochran at 8:18 and Naph Care nurses Smith & Mc Clur, - Grievance Written Grievance

Defendants - continued page 1

1.) Sheriff Patrick · Labat · Fulton County · Sheriff
2.) Officer Thornton-Reid · CO · Fulton County Sheriffs Office
3.) Officer L Cochran · CO · Fulton County Sheriffs Office
4.) Sgt Heath · CO Supervisor · Fulton County Sheriffs Office
5.) Sgt Vibert · CO Supervisor · Fulton County Sheriffs Office
6.) Officer K Soloman · CO · Fulton County Sheriffs Office
7.) Cheif Jailer Clark · cheif jailer · Fulton County Sheriffs Office
8.) Officer D. Hobbs · CO · Fulton County Sheriffs Office
9.) Officer J Scott · CO · Fulton County Sheriffs Office
10.) Sgt C Jefferson · Grievance Officer · Fulton County Sheriffs Office
11.) Deputy C Powell · Grievance Officer · Fulton County Sheriffs Office
12.) NaphCare · Medical Service Provider
13.) Nurse Williams · LPN · Naph care
14.) Nurse McClure · LPN · Naph care
15.) Nurse Smith · LPN · Naph care
16.) OKeefe · commisary company ·
17.) Sgt Lee · Commisary Officer · Fulton County Sheriffs Office
18.) Mr. Gray · Commisary distributor · OKeefe Commisary
19.) Unknown 3rd Party Vendor acting as Maintainance

Statement of claim - continued page ①

⑨ 8-4/11-23 Absolutely no hot water deterring inmates
from showering, increasing, unsanitary conditions and
poor hygiene. Holding 3rd Party Vendor Maintainance
⑩ 9-11-23 dorm exposed to active and live infestation
of bed bugs. Greivance initiated, Inmate died in Sept 22
due to neglect and exposure indicates ongoing

Statement of claims   page 2

and continuous neglegiengen - Holding sheriff Labat
Chief jailer Clark, Naphcare and Nurse Williams
accountable

(12) During the incarceration I've been denied
access to the courts by deprivation of access to
the law library.

(13) Commisary department has failed to refund and
provide credit of $88.24 worth of store goods
Grievance initiated, holding Okeefe, Sgt Lee and Mr
Gray responsible.

(14) In this period of incarceration there has been
inadequate dietary meals that lack portions and
nutrutions food is often served half cooked, raw
and always cold.

(15) As well as exposure to
   1. Black Mold

   2. Poor air ventalation and Second Hand Smoke
   3. Leaking and Malfunctioning toilets and Showers
   4. Extreme and Frustrating Heat Tempratures
   5. Exposure to infestations
   6. corruption of officers
   7. Exposure to Armed and violent inmates
   are are equiped with Knives
   8. denial of access to medical treatment
   9. I have been extorted and Held at
Knife-point by the neck
   10. Poor Lighting conditions - where the lights
remain on 24/7 in crowded day room

Statement of claims page 3

Where the minimum of 15 inmates are
sleeping and no lights at all in inmates cell
(16) Ive been threatened a had a knife Held
to my neck during the commission of an
extortion Attempt. Holding Officer(s) Thornton-Reid,
L Cochran, and K Soloman, and Grivance Officers
C Powell, Sgt Jefferson and Sheriff Labat accounteble
(17) Fulton County Jail is extremely over crowded
putting inmates at risk to violence, and putting
strain of the facility functions and putting
inmates in danger
(18) All doors are unoperable by damaged locks
that prevent doors from closing - preventing inmates
a place to secure themself in times of violence

Officers o Nurses refused to take me to medical floor and it was then to late to recieve Staples

⑤ 6-7-23 - After numerous attempts to me relocated to the " Alternative life style" I was sexually assaulted, forced to perform oral sex and sodomized on multiple occasions until 6-11-23 by LeMante Bender - Notified Prea. Notified officer Thornton. Reid and initiated more grievances

⑥ On 7-22-23 during summer Heat Wave there was a Massive power outage 6 11:30 am - 8:42 pm. There was not even Flood lights or lit emergency exit signs. No Back up Power Generators no air. no water. no Flushing Toilets no security cameras. NO elevators to deliver food from kitchen to dorms. We did not eat for 34 Hours. Elevators functioned at 25% capacity for 4 days after officer Hobbs, Scott, Sgt Heath, Sgt Verbert was On duty.

⑦ During Summer Heat Wave witnessed 1st Stabbing inmate died, Blood Every where. Sgt Heath was working and not on assigned post

⑧ 8-1-23 Elevators remain malfunctioning did not get fed dinner, Sgt Vibert did not perform duties

## VII. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

laceration to Head - Bed (No Staples) Mental & Emotional distress impacted PTSD from Sexual Assaul and Withessing traumatic events.

## VIII. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① I request 3 million dollars for injuries for Physical, Mental and Emotional distress pain and Suffering ② being located to another facility out of retaliation, and fear, safety, and health, and mental and emotional affects from his sexual orientation, and sexual exploitations and Abuse ③ Have adequate food and diet master menus that are nutrition created ④ Allow Inmates to have Adequate nutritional meals ⑤ Demand Okeefe to provide inmate with Full refund to his commisary account ⑥ Conduct regular searches of inmates and their cells ⑦ conduct regular sanitary inspections of dorms, cells, showers and toilets

Please see attached for continued Relief

(8) Prevent over crowding by any means possible (9) Fix locks on all doors and implement lock down times with lights outs (10) Prevent people from sleeping on floors in "Booking" (11) Hire more diverse staff and improve training (12) Enforce that officers stay on post (13) Create a better inmate classification System (14) Improve Medical Access procedures (15) Remodel showers and toilets to prevent Flooding and unsanitary conditions (16) Clean Air vents and ceilings from Mildew and Mold, and Fungi (17) Rotate Staff and thier post to prevent inter personal relationships & corruption

Signed this **15** day of **September**, 20 **23**.

_____
Signature of Plaintiff

**STATE OF** Georgia
**COUNTY (CITY) OF** Fulton

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** 9/15/23
(Date)

_____
Signature of Plaintiff

# Relief Continued

(18) Require 4-6 officers to be assigned to each Floor and conduct welfare checks and counts every 2-4 Hours (19) Inspect ; make sure emergency butlons and light switches for times of emergency (20) Require inmates to be housed in a cell with a secure looking System to prevent all forms of abuse (21) Rotate all inmate workers and consolidate living Quarters to prevent inter personal relationships and prevent corruption (22) Require inmate Hygiene checks to prevent infestations (23) Provide More uniforms for inmates (24) Improve ventalation in cells (25) Provide regular grooming for inmates, Haircuts and nail clippings (26) Allow adequate access to the courts, there isnt a notary readily available (27) Fix all light Fixtures (28) create and designate dorm Housing based on inmate demographics

LF 027
(Rev. 11/04/2019)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 25 2023

KEVIN P. WEIMER, Clerk
By: M̶ ̶Deputy Clerk

## PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2254

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Nathan Cochran 1132849
901 Rice Street Atlanta Ga 30318
Fulton County Jail _____, Petitioner,
**Name, include name under which you were
convicted; prison number; and place of confinement.**

-vs-

Sheriff Patrick Labot _____, Respondent.
**Name of Warden, Superintendent, Jailor, or
authorized person having custody of petitioner.**      (Pre-Trial)

## Petition

1. Name and county of court which entered the judgment of conviction under
   attack Fulton County
2. Date of judgment of conviction Pending
3. Length of sentence Pending Pretrial Sentencing Judge Schwall
4. Name of offense(s) for which you were convicted (list all counts): _____
   Possession of Fire Arm Convicted Felon
   Aggrevated Stalking

5. What was your plea? (Check one)
   (a)   **Guilty**            ☐
   (b)   **Not Guilty**        ☐
   (c)   **Nolo contendere**   ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea
   to another count or indictment, give details: Pending

6. Kind of trial? (If you did not plead guilty, Check one)
   (a)   **Jury**         ☐
   (b)   **Judge Only**   ☑

7. Did you testify at the trial?                  Yes  ☐  No  ☑

8. Did you file a motion for a new trial?         Yes  ☐  No  ☑

1

   (a)    **If so, did the trial court hold a hearing on your motion?**

                                               Yes  ☐   No  ☑

   (b)    **What was the result?** NA

   (c)    **Date of result?** NA

9.    **Did you appeal from the judgment of conviction?**   Yes  ☐   No  ☑

10.   **If you did appeal, answer the following:**

   (a)    **Name of appellate court to which you appealed** NA

   (b)    **Result of appeal** NA

   (c)    **Date of result** NA

   (d)    **If your appeal was to the Georgia Court of Appeals, did you file a petition for a writ of certiorari with the Supreme Court of Georgia?**

                                               Yes  ☐   No  ☑

       **(i) If so, what was the result** NA

       **(ii) Date of result** NA

   (e)    **Did you petition for a writ of certiorari with the United States Supreme Court?** NA

       **Result and date of result** NA

11.   **Other than a direct appeal from the judgment of conviction and sentence or a motion for a new trial, have you previously filed any petitions, applications, or motions with respect to this conviction in any state or federal court:**

                                               Yes  ☐   No  ☑

12.   **If your answer to 11 was "yes," give the following information. (If more than three petitions, please provide the following information on a separate sheet of paper).**

   (a)   (1)   **Name of court and case number** NA

        (2)   **Date that you filed petition or motion** NA

        (3)   **Nature of proceeding** NA

        (4)   **All grounds raised (attach extra sheet if necessary)** NA

        (5)   **Did you receive an evidentiary hearing on your petition, application or motion?**

                                            Yes  ☐   No  ☑

        (6)   **Name of judge** NA

        (7)   **Result** NA

**(8)** Date of Result _NA_

**(9)** Did you appeal this result?

Yes ☐   No ☑

**(10)** If you did appeal,

Which court heard your appeal? _NA_

What was the result of the appeal? _NA_

Date of result _NA_

**(11)** If you did not appeal from the denial of relief, explain briefly why you did not. _NA_

_____

_____

_____

**(b)** As to any second petition, application, or motion, give the same information:

**(1)** Name of court and case number _NA_

**(2)** Date that you filed petition or motion _NA_

**(3)** Nature of proceeding _NA_

**(4)** All grounds raised (attach extra sheet if necessary) _NA_

_____

_____

_____

**(5)** Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐   No ☑

**(6)** Name of judge _NA_

**(7)** Result _NA_

**(8)** Date of Result _NA_

**(9)** Did you appeal this result?

Yes ☐   No ☑

**(10)** If you did appeal,

Which court heard your appeal? _NA_

What was the result of the appeal? _NA_

Date of result _NA_

**(11)** If you did not appeal from the denial of relief, explain briefly why you did not NA

_____

_____

_____

**(c)** As to any third petition, application, or motion, give the same information:

**(1)** Name of court and case number _NA_____

**(2)** Date that you filed petition or motion _NA_____

**(3)** Nature of proceeding _NA_____

**(4)** All grounds raised (attach extra sheet if necessary) _NA____

**(5)** Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐  No ☑

**(6)** Name of judge _NA_____

**(7)** Result _NA_____

**(8)** Date of Result _NA_____

**(9)** Did you appeal this result?

Yes ☐  No ☑

**(10)** If you did appeal,
Which court heard your appeal?_NA_____
What was the result of the appeal?_NA_____
Date of result _NA_____

**(11)** If you did not appeal from the denial of relief, explain briefly why you did not. NA

_____

_____

_____

_____

**13.** Is any petition, application, motion, or appeal relating to your conviction or sentence currently pending before any court or other tribunal? (In other words, have you filed a motion, petition, or appeal where the court has not issued a final ruling?)

Yes ☐  No ☑

If you answered yes, provide:
The name of the court _NA_____
The case number _NA_____
Nature of the petition, application, or motion _NA_____

4

14. State <u>concisely</u> every ground on which you now claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

> CAUTION: To proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in Habeas Corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u>, relating to this conviction, on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petitions will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

**A.** **Ground One:** Violation of sixth Amendment, the right Effective Assistance of counsel strickland V washington

**Supporting FACTS (Tell your story briefly without citing cases or law):**
Attorney should have filed pretrial motions to attack the validity of the indictments and predications of the protective Order in which charges was originated and transacted from

**B.** **Ground Two:** Violation Of 14th Amendment, Ga Constitution Paragraph One, Ga constitution paragraph 2

**Supporting FACTS (Tell your story briefly without citing cases or law):**
Have been denied equal protections of laws and protections of due process provided by the following laws, statues and Constitutions

**C.** **Ground Three:** Violation of OCGA. 16-5-90, 16-5-91 Violation Burke V State, McAllister V State and OCGA therefore making TPO Invalid on its face. Ga Constitution Paragraph Six.

**Supporting FACTS (Tell your story briefly without citing cases or law):**
Where as the state indicted Petitioner for aggravated Stalking after failing to indict on a Terroristic Threat charge. For an alledged one time violation of a protection order that was no longer active and valid

**D.** **Ground Four:** Violation of 16-11-131, possession of Fire Arm by Convicted Felon. Ga Constitution Paragraph 8, Head VS State 170 Ga App 324, 316 SE2d 741, reversed on 253 Ga 429, 322 SE2d 228

**Supporting FACTS (Tell your story briefly without citing cases or law):**
Where as state is attempting to prosecute for a "Prop Gun" that is defined for a "fire Arm" based on a failed attempt to indict for Terroristic Threats from a video holding prop.

15. If any of the grounds listed in questions 12 A, B, C, and D, were not previously presented in any other court, state or federal, state **briefly** what grounds were not so presented, and give your reasons for not presenting them:

_____

_____

_____

_____

16. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _____ did not occur _____

(b) At arraignment and plea _____ pending _____

(c) At trial _____ N/A _____

(d) At sentencing N/A _____

(e) On appeal _____ N/A _____

(f) In any post-conviction proceeding _N/A_ _____

(g) On appeal from any adverse ruling in a post-conviction proceeding ___ N/A

17. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court at the same time?

Yes ☑ No ☐

18. Do you have any future sentence to serve after you complete the sentence imposed by the conviction under attack?

Yes ☑ No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future Coweta County - Violation of probation from these charges

(b) Give date and length or sentence to be served in the future Pending upon the resolvement of these legal proceedings

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☑ No ☐

19. Timeliness of Petition: If over one year has passed since the conclusion of your appeal, not counting any time during which an application for habeas corpus was pending in any state court, you must explain why the one-year statute of limitation set forth in 28 U.S.C. § 2244(d)* does not bar your petition:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

\*Title 28 U.S.C. § 2244(d) provides:

(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of–

(A) the date on which the judgement became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on 9/15/2023
(Date)

Signature

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

Please note that under O.C.G.A. § 9-14-45 service of a petition of Habeas Corpus shall be made upon the person having custody of the petitioner. If you are being detained under the custody of the Department of Corrections, an additional copy of the petition must be served on the Attorney General. If you are being detained under the custody of some authority other than the Department of Corrections, an additional copy of the petition must be served upon the District Attorney of the county in which the petition is filed. Service upon the Attorney General or the District Attorney may be had by mailing a copy of the petition and a proper certificate of service.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

Nathan Cochran

**Plaintiff/Petitioner,**

v.

Patrick Labat

**Defendant/Respondent.**

: **AFFIDAVIT IN SUPPORT OF**
: **REQUEST TO PROCEED**
: **IN FORMA PAUPERIS; AUTHORIZED**
: **WITHDRAWAL FORM; CERTIFIED**
: **AFFIDAVIT OF INMATE ACCOUNT**
: **STATUS**

**AFFIDAVIT AND AUTHORIZATION
FOR WITHDRAWAL FROM INMATE ACCOUNT**

I, Nathan Cochran _____, being first duly sworn or under penalty of perjury, affirm and say that I am the plaintiff/petitioner in the above-styled action; that in support of my motion to proceed without prepayment of fees or costs or giving security therefor pursuant to Title 28 U.S.C. § 1915(a)(1), I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor.

I further swear or affirm that the responses which I have made to the questions below are true.

1. Are you presently employed? Yes ( ) No (✓)
   a. If employed, state the amount of your salary or wages per month and give the address of your employer:

   _____
   _____
   _____

   b. If you are not currently employed, state the date of your last employment and the amount of salary or wages received:

   N/A
   _____

2. Have you received within the past 12 months any money from any of the following sources?
   a. Business, profession, or self-employment?        Yes ( ) No (✓)
   b. Rent payments, interest, or dividends?            Yes ( ) No (✓)
   c. Pensions, annuities, or life insurance?           Yes ( ) No (✓)
   d. Gifts or inheritances?                            Yes ( ) No (✓)
   e. Any other source?                                 Yes ( ) No (✓)

If you answered yes to any of the above, describe each source and state the amount received from each.

_____
_____
_____
_____

3. Do you own any cash, or do you have money in a checking or savings account? (Include funds in prison account.)
   Yes ( ) No (✓) If the answer is yes, state the total value of items owned.

_____
_____
_____
_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furniture and clothing?
   Yes ( ) No (✓) If the answer is yes, describe the property and state its approximate value.

_____
_____
_____
_____

5. List the persons who are dependent upon you for support, state your relationship to each person, and indicate how much you contribute toward their support.

_____
_____
_____
_____

## AUTHORIZATION FOR ACCOUNT WITHDRAWAL

I hereby authorize my custodian and his/her designee to withdraw funds from my inmate account and to transmit the same to the Clerk, United States District Court to be applied to the filing fee which I am required to pay in connection with this case. This authorization shall apply to any institution in which I am or may be confined.

Executed this 15 day of September , 20 23 .

_____
Signature of Plaintiff/Petitioner

Rev. 12/5/07

**PLAINTIFF/PETITIONER IS REQUIRED TO SUBMIT WITH THIS AFFIDAVIT AND AUTHORIZATION A CERTIFIED COPY OF HIS/HER INMATE ACCOUNT STATEMENT FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THIS COMPLAINT.**

## CERTIFICATE

I hereby certify that the plaintiff/petitioner herein has a current balance of $ .04 in his/her inmate account at the Fulton County Jail Institution. Plaintiff has an average monthly balance for the preceding six months of $ 28.02 , and the average monthly deposits to said account for the preceding six months are $ 25.82 . I further certify that the plaintiff has the following assets to his/her credit according to the records of this institution:

_____
_____

I further certify that the attached account statement accurately reflects Plaintiff's account balance and account activity for the past six months.

9/15/23
Date

_____
Authorized Officer of Institution

Rev. 12/5/07

## INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT BY PRISONERS

### Pursuant to the Civil Rights Act, 42 U.S.C. § 1983, against state officials

### AND / OR

### Pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), 28 U.S.C. § 1331, against federal officials

To start an action you must file an original prisoner civil rights complaint with the Court. A form complaint is available on the Court's website or from the Clerk of Court. You should also keep an additional copy of the complaint for your own records. **All copies of the complaint must be identical to the original, including any attachments or exhibits.**

The Clerk will NOT file your complaint if it does not conform to these instructions and to these forms.

Your complaint must be typed or legibly HAND PRINTED on the attached form. If you need additional space to answer a question, you may use additional blank paper with no less than 2 spaces between lines; no single spacing is allowed. **Local Court Rules require that all pleadings, including attachments, must be on standard 8 ½ x 11-inch letter-sized paper.** Any pleadings submitted on paper exceeding this size will be returned. Extra copies of pleadings submitted to the Court that you wish to have marked "filed" and returned must be accompanied by a self-addressed stamped envelope. Pro se inmates may not represent the rights of others before this Court. Accordingly, only one Plaintiff is permitted to participate in any pro se action.

Your complaint may be filed in this Court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

In order for this complaint to be filed, it must be accompanied by the filing fee of $402.00. If you are unable to pay the required filing fee, you may request the Court to allow you to proceed **in forma pauperis.** A blank affidavit is available from the Court for this purpose. The original should be filed with the complaint, and you should keep a copy for your own records.

THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS; YOU ARE REQUIRED TO GIVE ONLY THE FACTS.

When these forms are completed, mail the original and copies to:

Clerk, U. S. District Court
Northern District of Georgia
2211 U. S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3361

You are not required to provide completed Marshal's Service forms (USM-285) at the initial stage of filing your complaint. You will be notified by the Court to provide them at a later date.

*Disclaimer: This information is provided as a service to the public. While the information deals with legal issues, it does not constitute legal advice. Due to the rapidly changing nature of the law and court procedures, we rely on some information provided by outside sources. Although we make every effort to ensure the information is correct, the Clerk's Office does not warranty or guarantee the accuracy of the information provided. If you have specific legal questions or concerns, we encourage you to consult an attorney who can address and advise you on the particular circumstances of your situation. In no event will the Clerk's Office be liable to any party in any way relating to the availability, use, reliance on, or inability to use the provided information or forms or for any claim attributable to errors, omissions, or other inaccuracies in any information provided.*

Rev. 07/2021

Nathan Cochran 1132849
Booking # 2307742
FCJ 901 Rice Street
Atlanta Ga 30318



FOREVER / USA   FOREVER / USA   FOREVER / USA

Clerk of the United States District
Court

United States Court House 2211
75 ted Turner Drive SW

Atlanta Georgia 30303

CLEARED DATE
SEP 2 5 2023
U.S. Marshals Service
Atlanta, GA 30303

This letter originated from a Fulton County Sheriff's Office Jail Bureau Facility. Inmate mail is uncensored and the Sheriff cannot assume responsibility for it's contents