In the United States District Court
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 13 2023
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Nathan Cochran, Plaintiff  X
               VS           X   Civil Docket Case Number:
Sheriff Patrick Labat,   X   1:23-CV-03773-SDG-JKL
      Defendant       X
                       X   Motion For Appointment of
                       X      Counsel

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

1. Plaintiff is unable to afford counsel. His request to proceed in Forma Pauperis has been GRANTED

2. Plaintiffs imprisonment is greatly limiting his ability to litigate The issues involved in his case are complex and requires significant research and investigation and has limited access to the Law Library and is limited on the knowledge of the law

3. Plaintiff request a trial in his case and will likely involve conflicting testimony and counsel would be better to enable plaintiff to present evidence and cross examine witnesses.

Wherefore, Plaintiff request that this court appoint an attorney, who is a member of the bar, with experience as counsel in this case

10-10-2023
Nathan Cochran 1132849
nath[signature]

———— continued ————

901 Rice Street
Booking Number 2307742
Atlanta Georgia 30318

Respectfully Submitted

*[signature]*

Plaintiff