In The United States District Court For
the Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 06 2023

KEVIN P WEIMER, Clerk
By: Rebecca Bochler Deputy Clerk

Nathan Thomas Cochran    X    42 USC 1983
Inmate Number 1132849    X
Plaintiff                X    Civil Action Number
    Versus               X
Sheriff Patrick Labat    X    1:23CV-0773-SDG-JKL
Defendant                X

## Plaintiffs Motion For Default Judgement

Plaintiff now moves this Court for judgement by default
in this Action, and shows that the Amended complaint
was filed as ordered and by this Court on September
25, 2023 and the Amended complaint was duly served on
the defendants, more than 20 days have passed and
no defense or answer has been filed by the defendant
no pleadings, or proceedings have been made or taken
by the defendant since the begginning of this suit,
as expected, Defendants is and was not active in
military duties, is not an infant or under age minor
or mentally incompetent as appears in the
declaration of Plaintiff Nathan Thomas Cochran
Submitted herewithin
Wherefore, plaintiff moves that this court make
and enter a default Judgement that Defendants
be Ordered by this court to satisfy the prayers
by and requested in the complaint
Respectfully Submitted this 31st day of October 2023
Nathan Thomas Cochran