# In The United States District Court
# The Northern District of Georgia

| | |
|---|---|
| Nathan Thomas Cochran | X Prisoner Civil Rights |
| Inmate Number 230742 | X 42 USC 1983 |
| Plaintiff | X |
| Versus | X Civil Action Number |
| Sheriff Patrick Labat | X 1:23-CV-3773-SDK-JKL |
| Defendant | X |

## Plaintiffs Response to Non Final Order of Recommendation

Comes now Nathan Thomas Cochran, Plaintiff, In Response to the Order from this Court on November 3rd 2023 Pertaining to the raised claims Against Officer Thornton-Reid and her failure to protect claim and Claims against Sheriff Labat and Cheif Jailer Clark and the conditions of confinement. <u>Plaintiff has no objections</u> of the recommendation to proceed, from the Courts. And is fully prepared to do so.

Respectfully Submitted this 8th day of November 2023

Nathan Thomas Cochran
Plaintiff

Nathan Cochran 1132849
901 Rice Street
Atlanta Ga 30318

ATLANTA METRO 301

14 NOV 2023 PM 12 L

United States District Court
United states courthouse 2211
75 Ted Turner Drive
Atlanta Georgia 30303

CLEARED DATE
NOV 16 2023
U.S. Marshals Service
Atlanta, GA 30303

30303-331661

THIS MAIL ORIGINATED FROM AN INMATE AT THE FULTON COUNTY JAIL





THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019